**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 09-cv-00733-PAB-KMT

JOB PAYAN PORTILLO,

    Plaintiff,

v.

CHARLES OWENS and
CITY OF SHERIDAN,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Motion to Dismiss with Prejudice and Amend Caption [Docket No. 12]. On April 22, 2009, plaintiff filed the First Amended Complaint [Docket No. 7] as a matter of course under Fed. R. Civ. P. 15(a)(1). Thus, the First Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 12] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. The case caption is modified as indicated in this Order. It is

    ORDERED that plaintiff's Motion to Dismiss with Prejudice and Amend Caption [Docket No. 12] is DENIED as moot.

    DATED April 24, 2009.